USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-9-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STACEY SKOLE,

                Plaintiff,

-against-

ACCENTURE LLP,

                Defendant.

No. 21-CV-1782 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    It having been reported to this Court that the above entitled action has been settled, it is hereby ORDERED that the Clerk of the Court shall mark this matter closed and all pending motions denied as moot; provided, however, that if settlement is not consummated within 30 days of the date of this Order, either party may apply by letter within the 30-day period for reinstatement of the action.

**SO ORDERED.**

Dated:    December 8, 2021
            New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1